■ CARL SAVITSKY et al., Doing Business as AMERICAN AUTO GLASS CO., et al., Respondents, v. HAROLD WAPNICK, Appellant.— An application, pur-

suant to section 793 of the Civil Practice Act to require the judgment debtor to pay the judgment in installments of $100 a week, was referred for hearing and report to an Official Referee who, after a hearing, recommended that the judgment should be paid in installments of at least $10 a week. The judgment debtor appeals from an order modifying the recommendation of the Official Referee by increasing the amount to be paid from $10 a week to $50 a week. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.